# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 24-60227

East Fork Enterprises, Incorporated; Epic Paint Company,
*Petitioners*

v.

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency,
*Respondents*

_____

consolidated with No. 24-60256
_____

East Fork Enterprises, Incorporated; Epic Paint Company; Sierra Club, American Chemistry Council,
*Petitioners*,

v.

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency,
*Respondents*

**JOINT MOTION TO ESTABLISH BRIEFING FORMAT
AND MODIFY SCHEDULE**

Pursuant to Fed. R. App. P. 26(b), 27, and 32 and Fifth Circuit Rule 32.4, Petitioners East Fork Enterprises, Epic Paint Company, and American Chemistry Council (collectively "Industry Petitioners"); Petitioner Sierra Club; Respondents United States Environmental Protection Agency and its Administrator Michael S.

Regan (collectively "EPA"); and Respondent-Intervenor American Chemistry Council jointly move the Court to establish the briefing format and modified schedule set forth below.

In support of this Motion, the parties submit the following:

**Background**

1. This action involves multiple petitions for review of the U.S. Environmental Protection Agency's final rule entitled "Methylene Chloride; Regulation Under the Toxic Substances Control Act (TSCA)." 88 Fed. Reg. 39,254 (May 8, 2024). Those petitions have been consolidated for review in this Court. Nos. 24-60227, 24-60256.

2. On July 29, 2024, EPA filed the certified index to the administrative record. Dkt. No. 50.

3. On July 30, 2024, the Court issued a Briefing Notice setting a September 9, 2024, deadline for the filing of opening briefs. Dkt. No. 54.

4. On August 15, 2024, following the transfer of Petitioner American Chemistry Council's petition to this Court, Dkt. No. 63, this Court issued a notice that "briefing is suspended pending the filing of the administrative record in the consolidated [American Chemistry Council] case," which is due by September 23, 2024. Dkt. No. 79.

5. All the petitioners in this consolidated proceeding are challenging the same rule, and the administrative record is the same for all of those challenges. The certified index of the record was filed on July 29, 2024.

**Proposed Briefing Format and Schedule**

6. The parties have conferred and jointly propose the following briefing format and schedule:

| Date | Filing Due | Word Limit |
|---|---|---|
| October 9, 2024 | Petitioners' Opening Briefs | 18,000 for combined brief from Industry Petitioners; 13,000 for Sierra Club |
| October 30, 2024 | Motions to Submit Amicus Briefs in Support of Petitioners | N/A |
| December 13, 2024 | EPA's Response Brief | 31,000 |
| January 3, 2025 | ACC's Intervenor's Brief in Support of EPA | 9,100 |
| January 3, 2025 | Motions to Submit Amicus Briefs in Support of Respondents | N/A |
| January 24, 2025 | Reply Briefs | 9,000 for combined reply from East Fork, Epic Paints and ACC; 9,000 for Sierra Club (replying to Respondent and Intervenor briefs) |
| February 14, 2025 | Deferred Joint Appendix | N/A |
| February 28, 2025 | Final Briefs | N/A |

3

## Rationale for Proposed Briefing Format and Schedule

7. The collected Industry Petitioners represent two different cases, filed by a first group that filed jointly, and then a second petitioner whose priorities and focuses are not the same as the first group. Rather than file two separate briefs of 13,000 words each for the first group and the second petitioner, as the rules would permit, the Industry Petitioners have coordinated among themselves to be able file a single, shorter brief. That brief will still need to be longer than an ordinary single brief, to address the different issues of the two groups.

8. To ensure EPA has adequate words to respond to the issues and arguments raised by Petitioners Sierra Club and Industry Petitioners in their opening briefs, EPA requests that the Court allocate the same number of words for its brief that the Court allocates collectively to Sierra Club and Industry Petitioners' opening briefs.

9. EPA also seeks additional time to submit its response brief. Under normal circumstances, EPA typically requests 60 days for respondent briefs, rather than the default 30 days, to allow sufficient time for interagency drafting and review. In preparing EPA's response brief, the undersigned counsel for EPA must coordinate with, and obtain approvals from, various officials at both EPA and within the United States Department of Justice ("DOJ"), which must be reviewed not only for the arguments contained therein but also for their technical

correctness. Based on the length of Petitioners' opening briefs, as well as the underlying facts, extensive administrative record, and complexity of the issues, it would be exceedingly difficult to draft the response brief and also obtain the required technical reviews and approvals within 30 days. Accordingly, a deadline of December 13, 2024 for EPA's response brief is warranted here.

10. Additionally, American Chemistry Council ("ACC") requests that this Court stagger the filing of EPA's Response Brief and ACC's Intervenor-Respondent brief by three weeks, which would allow ACC to avoid duplication of arguments made by EPA, where possible. And as explained in ACC's motion to intervene, separate briefing is appropriate here because EPA's and ACC's interests are distinct, and there are numerous ways in which EPA's and ACC's views may diverge as to how best to respond to Petitioner Sierra Club's challenges.

11. The proposed deadline for the Petitioners' reply briefs is three weeks after the deadline for Intervenor-Respondent's brief, enabling Petitioner Sierra Club to respond to arguments raised by Intervenor-Respondent. Because of the requested length of EPA's response brief, and because Petitioner Sierra Club is also replying to Intervenor-Respondents' brief, a 9,000-word limit is warranted for Industry Petitioners' and Sierra Club's respective reply briefs.

Date: September 23, 2024        Respectfully requested,

TODD KIM

Assistant Attorney General

*/s/ Laura J. Brown*
LAURA J. BROWN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-8865 (fax)
Email: laura.j.s.brown@usdoj.gov


/s/ *Keith Bradley*
Keith Bradley
717 Seventeenth Street, Ste. 1825
Denver, CO 80202
Tel: 303-830-1776
Fax: 303-894-9239
keith.bradley@squirepb.com

Caffey Norman
Allan Kacenjar
2550 M Street, NW
Washington, DC 20037
Tel: 202-457-5270
Fax: 202-457-6315

SQUIRE PATTON BOGGS (US) LLP

*Counsel for East Fork Paint Co. and Epic Paint Co.*


*/s/ David Y. Chung*
David Y. Chung
Amanda Shafer Berman

Warren Lehrenbaum
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
(202) 624-2587
dchung@crowell.com

*Counsel for American Chemistry Council*


*/s/ Jonathan Kalmuss-Katz*
Jonathan Kalmuss-Katz
Lakendra S. Barajas
Earthjustice
48 Wall Street Floor 15
New York, New York 10005
T: 212-823-4989
T: 212-284-8025
jkalmusskatz@earthjustice.org
lbarajas@earthjustice.org

*Counsel for Sierra Club*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), counsel hereby certifies that the foregoing Motion for Leave to Intervene contains 823 words, as counted by counsel's word processing system, and thus complies with the 5,200-word limit. *See* Fed. R. App. P. 27(d)(2)(A).

Further, this document complies with the typeface and type-style requirements of the Federal Rules of Appellate Procedure, 32(a)(5) and (a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 using size 14 Times New Roman font.

Dated: September 23, 2024

*/s/ Laura J. Brown*
LAURA J. BROWN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-8865 (fax)
Email: laura.j.s.brown@usdoj.gov

**CERTIFICATIONS UNDER ECF FILING STANDARDS**

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R.25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

Dated: September 23, 2024    */s/ Laura J. Brown*
LAURA J. BROWN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-8865 (fax)
Email: laura.j.s.brown@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, I electronically filed the foregoing Joint Motion to Establish Briefing Format and Modify Schedule using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: September 23, 2024                /s/ *Laura J. Brown*
LAURA J. BROWN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-8865 (fax)
Email: laura.j.s.brown@usdoj.gov