October 9, 2024


**Via CM/ECF**
Lyle W. Cayce, Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**RE:**   **Notice of Submission of Standing Declarations –** ***East Fork Enterprises et al. v. U.S. Environmental Protection Agency et al.*****, No. 24-60227 consolidated with** ***East Fork Enterprises et al. v. U.S. Environmental Protection Agency et al.*****, No. 24-60256 (Petitions for Review of Final Agency Action of U.S. Environmental Protection Agency, 89 Fed. Reg. 39,254 (May 8, 2024))**

Dear Mr. Cayce:

Petitioner Sierra Club hereby submits as attachments to this letter the standing declarations referenced in its opening brief. In accordance with decisions of this Court, declarations demonstrating standing to challenge agency actions are encouraged and allowed in conjunction with petitioners' opening briefs. *Texas v. Nuclear Regul. Comm'n*, 78 F.4th 827 (5th Cir. 2023).

Respectfully submitted,

*/s/* Jonathan Kalmuss-Katz
Jonathan Kalmuss-Katz
Lakendra S. Barajas
Earthjustice
48 Wall Street Floor 15
New York, New York 10005
T: 212-823-4989
T: 212-284-8025
jkalmusskatz@earthjustice.org
lbarajas@earthjustice.org

*Attorneys for Petitioner Sierra Club*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2024, I electronically filed the foregoing declarations in support of Petitioner Sierra Club's Opening Brief using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/* Jonathan Kalmuss-Katz
Jonathan Kalmuss-Katz

**TABLE OF CONTENTS**

**Page**

Declaration of Aaron Isherwood....................................................................D001

Declaration of Sarah Elizabeth Harju .............................................................D007

Declaration of Frank Lilly .............................................................................D012

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| EAST FORK ENTERPRISES, INCORPORATED; EPIC PAINT COMPANY,<br><br><br>Petitioners,<br><br><br>v.<br><br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,<br><br><br>Respondents. | No. 24-60227 |
| EAST FORK ENTERPRISES, INCORPORATED; EPIC PAINT COMPANY; SIERRA CLUB; AMERICAN CHEMISTRY COUNCIL,<br><br><br>Petitioners,<br><br><br>v.<br><br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,<br><br><br>Respondents. | Consolidated with No. 24-60256 |

## DECLARATION OF AARON ISHERWOOD

I, AARON ISHERWOOD, declare and state as follows:

1.      I am the Philip S. Berry Managing Attorney for the Environmental Law Program at Sierra Club. In this role I supervise Sierra Club's litigation docket and help develop legal strategies to advance the Sierra Club's organizational priorities. I have worked as an attorney for the Sierra Club since 1999. The information in this declaration is based on my personal knowledge and experience. I am submitting this declaration in support of Sierra Club's petition for review of EPA's final rule regulating methylene chloride under the Toxic Substances Control Act ("TSCA") (the "Methylene Chloride Rule").

2.      Through my role as Managing Attorney for Sierra Club, I am familiar with the Sierra Club's structure, mission, activities, and membership. I have expertise and knowledge concerning the Environmental Law Program and Sierra Club's environmental litigation docket, in federal and state courts, for the entire United States.

3.      The Sierra Club is a 501(c)(4) non-profit organization organized and existing under the laws of the state of California, and headquartered at 2101 Webster Street, Suite 1300, Oakland, California. As a Managing Attorney, I work out of the Sierra Club's Oakland headquarters.

4.     Founded in 1892, the Sierra Club is a national nonprofit organization that has 67 chapters and over 635,000 members across all fifty states, the District of Columbia and Puerto Rico.

5.     The Sierra Club's members pay dues that help to finance the programs and activities of the organization.  Members also have voting rights to elect Sierra Club's Board of Directors, which consists of 15 members. Members can vote for leadership at the local and state level.

6.     Sierra Club's mission is to preserve and protect the places where people live, work, and play. Our members are dedicated to exploring, enjoying, and protecting the wild places of the earth; practicing and promoting the responsible use of the earth's ecosystems and resources; educating and enlisting humanity to protect and restore the quality of the natural and human environment; and, using all lawful means to carry out these objectives, nationwide.

7.     As part of this mission, Sierra Club has dedicated itself to protecting public health and its members from toxic chemicals, including methylene chloride. Sierra Club works to protect the health of their members (and their children) and their ability to enjoy being outdoors and to engage in recreational activities and the use of public lands, parks, green space, and outdoor spaces without experiencing exposure to methylene chloride and other toxic chemicals.

D003

8.      The Sierra Club works to address widespread toxic chemical pollution that jeopardies communities across the country in various ways. We recognize that the burden posed by toxic chemicals falls mostly on women, children and communities of color, and we focus our actions on reducing those inequities and centering frontline communities in our work.

**Sierra Club's Methylene Chloride Advocacy**

9.       Sierra Club has many members who live, work, and recreate near facilities that release methylene chloride. For example, Sierra Club has members, like Sarah Harju, who live near facilities that release methylene chloride, such as a Corteva Agriscience facility and a Dow Chemical complex in Midland, Michigan.

10.     Sierra Club also has members, like Frank Lilly, who live and recreate in areas at high elevation, and as a result are exposed to heightened levels of ultraviolet radiation.  For example, Mr. Lilly lives in Silverthorne, Colorado, 8,700 feet above sea level and recreates at that elevation regularly.

11.     Sierra Club is concerned about its members' exposures to methylene chloride and has worked to reduce methylene chloride exposures through administrative advocacy and litigation. In 2020, Sierra Club and other groups brought a lawsuit under TSCA challenging EPA's prior order finding that six of methylene chloride's conditions of use presented no unreasonable risk to human health or the environment. Petition for Review, *Neighbors for Environmental*

D004

*Justice et al. v. EPA*, Case No. 20-72091 (9th Cir. 2020). In response to that suit,

EPA withdrew the challenged order and revised its unreasonable risk

determinations to find that methylene chloride presents unreasonable risk.

12.     Following the filing of that litigation, Sierra Club continued to

advocate before EPA for stronger methylene chloride regulation.  In 2022, Sierra

Club submitted administrative comments on the U.S. Environmental Protection

Agency's ("EPA's") revised risk determination for methylene chloride. The next

year, we also submitted administrative comments on EPA's proposed risk

management rule for methylene chloride, based on that revised risk determination.

13.     Earlier this year, EPA finalized a risk management rule for methylene

chloride, which is the subject of the above-captioned proceeding.

14.     Despite banning some uses of methylene chloride, the final rule still

permits many uses of methylene chloride to continue. However, the final rule fails

to address the harm these permitted uses present to our members who live near

facilities releasing methylene chloride and our members who live at high

elevations so are exposed to heightened levels of UV radiation.

15.     In this case, Sierra Club seeks a court order that remands the

Methylene Chloride Rule, without vacatur, so EPA can conduct the required

analysis of the risks methylene chloride poses to people living near facilities

releasing methylene chloride and people who are exposed to heightened levels of

D005

UV radiation. Such an order would ensure that the parts of Methylene Chloride Rule that reduce our members' sources of exposure remain intact while addressing the harms that our members continue to experience due to EPA's failure to evaluate and then regulate all the ways people are harmed by methylene chloride exposures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2024.

_____
Aaron Isherwood

D006

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

EAST FORK ENTERPRISES, INCORPORATED;
EPIC PAINT COMPANY,

Petitioners,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S. REGAN,
Administrator, United States Environmental
Protection Agency,

Respondents.

No. 24-60227

---

EAST FORK ENTERPRISES, INCORPORATED;
EPIC PAINT COMPANY; SIERRA CLUB;
AMERICAN CHEMISTRY COUNCIL,

Petitioners,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S. REGAN,
Administrator, United States Environmental
Protection Agency,

Respondents.

Consolidated with
No. 24-60256

**DECLARATION OF SARAH ELIZABETH HARJU**

I, Sarah Elizabeth Harju, state and declares as follows:

1.      I currently reside in Midland, Michigan. I have lived at my current house since 2002 and in Midland since 2000.

2.      I work as a nurse, and I have a Bachelor of Science in Nursing from Davenport University in Midland.

3.      I currently live with my daughter, who is 23 years old. I also have a 33-year-old son who does not live in Midland.

4.      I have been a member of Sierra Club since around 2021, and I pay monthly dues. As a member, I keep up to date with Sierra Club's ongoing advocacy.

5.      I initially joined Sierra Club, because I believe that conserving our environment and protecting human health is very important. I am concerned about toxic chemicals' effects on us because I am a nurse and I believe in the importance of harm prevention—we have to be careful about what we are putting into our bodies and it is the government's job to protect us from adverse health effects.

6.      There are multiple facilities in Midland that use and release methylene chloride. One of them, a Dow Chemical Company complex in downtown Midland, released more than 2,600 pounds of methylene chloride to the air and water in 2022, according to the U.S. Environmental Protection Agency's Toxics Release

1

D008

Inventory. As recently as 2018, that facility reported more than 20,000 pounds of methylene chloride releases.

7. Another Corteva Agriscience facility at 701 Washington Street, next to the Dow Chemical facility, reported more than 1,800 pounds of methylene chloride releases in 2022. As recently as 2019, that facility reported more than 10,000 pounds of methylene chloride releases.

8. I currently live less than two miles away from both of those sites, and, as described below, I spend significant time at the parks and nature preserves near them. I am therefore exposed to the chemicals that those facilities release.

9. I am aware that methylene chloride is associated with adverse health effects, including an increased risk of cancer and other diseases. This concerns me because I have lived at my house in Midland for a long time, and I raised both of my children here. As a nurse, I always prioritize health above all for myself and others. I take many actions to ensure that I am healthy, but to think that I am being exposed to carcinogens in my environment is very disheartening.

10. I have noticed emissions coming out of the Dow Chemical facility. When the weather gets cool, you can see a big cloud coming from there, which I have noticed while driving home from work past the facility.

11. For years, I had been partaking in recreational activities around the Dow Chemical and Corteva facilities. When my son was younger between the

D009

years of 2010 to 2013, we spent a lot of time at the Trilogy Skatepark less than two miles away from the Dow facility. At that time, the facility released more than 20,000 pounds of methylene chloride per year.

12.     I have also spent a lot of time hiking and bird-watching—three to four times a month—at Chippewa Nature Center, which has trails that are around two miles from parts of the Dow Chemical facility. I also like to take walks in Whiting Forest of Dow Gardens and in the Midland Municipal Cemetery, which are approximately 2.1 and 2.5 miles away from the Dow Chemical facility, respectively. My daughter and I visit the shops and restaurants around that area at least once a week. However, since becoming aware that the nearby facilities are releasing toxic chemicals like methylene chloride, I am hesitant about frequenting the area and I am less likely to visit the Chippewa Nature Center than I was in the past.

13.     There are a lot of good things in this community and I think Midland was a good place to raise my family because of the quality of education that is provided here. However, at the same time, these facilities are releasing methylene chloride into air, which can cause harm to myself and my community. I feel unsafe knowing this and knowing that the government is not adequately addressing this. I have been considering moving out of Midland for the last couple of years, and the toxic air emissions from these facilities are making me feel more strongly about

D010

that. In 2021, I temporarily left Midland to take a work assignment in North Carolina. While living in Midland, I would often get aches and pains and other physical ailments, but while I was away, I noticed a significant improvement in my health and my wellbeing.

14.     I am concerned that EPA did not adequately evaluate the risks of methylene chloride to communities like mine near emitting facilities like Dow Chemical and Corteva in Midland. If EPA were to adequately evaluate and address these risks, I would certainly feel safer. It is especially important to me that EPA does so because, as a nurse, I value people's health. The fact that we are being exposed to carcinogens in our air is very concerning, and it is EPA's responsibility to address this.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on September _19_, 2024, in Midland, Michigan.

_Sarah E. Harju_
Sarah Elizabeth Harju

4

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

EAST FORK ENTERPRISES, INCORPORATED;
EPIC PAINT COMPANY,

                                       Petitioners,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S. REGAN,
Administrator, United States Environmental
Protection Agency,

                                       Respondents.

No. 24-60227

---

EAST FORK ENTERPRISES, INCORPORATED;
EPIC PAINT COMPANY; SIERRA CLUB;
AMERICAN CHEMISTRY COUNCIL,

                                       Petitioners,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S. REGAN,
Administrator, United States Environmental
Protection Agency,

                                       Respondents.

Consolidated with
No. 24-60256

## DECLARATION OF FRANK LILLY

D012

I, Frank Lilly, state and declare as follows:

1.      I am sixty-nine years old. I live in Silverthorne, Colorado with my wife and I have lived in Silverthorne since 1987.

2.      I operated a business for thirty years across Colorado, and now am retired.

3.      I am a member of Sierra Club and have been for approximately thirty years.

4.      I joined the Sierra Club because I consider myself an environmentalist. I received a B.A. in Biology at Transylvania University in Lexington, Kentucky in 1975 and then received my M.S. in Zoology at Colorado State in 1978.  I have always had a lifelong love for nature and the outdoors. I am concerned about the impact that toxic chemicals can have on people as well as the surrounding natural environment. Whenever I look at the news, there are always articles about toxic chemical exposures that are harming human health and the environment. A big reason why I am a Sierra Club member is because of its mission to protect people and preserve the environment from the harm caused by toxic chemicals and other factors.

5.      I pay annual dues and maintain a joint Sierra Club membership with my wife. I have made donations to the Sierra Club national organization and our local chapter.

D013

6.     I am the treasurer of my local Sierra Club group (Headwaters Group) and have been for upwards of twenty years. My responsibilities as treasurer include managing our budget, filing our annual report for taxes, and helping inform our group's financial decisions at our meetings. I am also a member of the Headwaters Group's Executive Committee and have been for about eight or nine years. As a member of the Executive Committee, I attend monthly meetings, help organize our online calendar, and occasionally participate in votes for matters related to the chapter, often budgetary.

Heightened Exposure to UV Radiation

7.     I am concerned about ozone depletion and the effects of UV exposure because Silverthorne—where I live—is approximately 8,700 feet above sea level and I understand that individuals living at high elevations experience more UV ray exposure. I also recreate at or above that elevation on almost a daily basis.

8.     I spend a lot of time outdoors. During the colder months, I am an avid skier and partake in downhill, Nordic race, and cross-country skiing. When it gets warmer out, I kayak, whitewater raft, hike, and bike.

9.     During the winter, I ski on average four days a week for at least two to three hours each day. I am most often skiing during the middle of the day when UV ray exposure is at its peak. This includes participation in a Nordic skiing group twice a week.

D014

10. When I downhill ski, I ski at resorts in Colorado such as Copper Mountain near Frisco, which has a base elevation of 9,712 feet, and Arapahoe Basin near Keystone, which has a base elevation of 10,780 feet. A couple times a week during the winter, I Nordic ski at the Frisco Nordic Center and I also on occasion go to the Breckenridge Nordic Center and Gold Run Nordic Center—both of which are in Breckenridge, which has an elevation of 9,600 feet. There are also several trails close to my home—such as Mesa Cortina and Rock Creek—where I go cross-country skiing.

11. When it is warmer out, I whitewater raft and kayak. I participate in these activities at least once a week for a minimum of one hour to a maximum of five hours at a time. This is usually in the middle of the day.

12. I frequently raft and kayak on the Blue River, which is about ten minutes from my house. Some other locations in Colorado I frequently go to participate in whitewater activities are Brown's Canyon, the Numbers, and the Royal Gorge, all of which are on the Arkansas River. I also frequently recreate on the Eagle River and Clear Creek River.

13. When it is warm out, I also ride my bicycle frequently. I ride twice a week or more for a minimum of one hour to a maximum of three hours at a time. I regularly bike when the sun is out.

D015

14.　　When I bike, I bike anywhere from six miles to thirty-five miles and climb up at least 1,000 feet in elevation. Right outside my door, there is a road called Hamilton Creek Road that I often ride on, as well as an extensive bike path that I frequently go on.

15.　　I also hike about once a week for a minimum of one hour and a maximum of six hours, either by myself or with my wife. Two of my favorite trails are Willow Lakes and Rock Creek in Colorado as well as a path right outside my house—all of which are above 8,700 feet in elevation.

16.　　I also spend some time outside doing lawn work in the summer and driveway maintenance during the winter, like shoveling snow.

17.　　My wife and I plan to continue living in Silverthorne, as it is a beautiful place and there are unlimited outdoor recreational opportunities. However, because I am doing activities outside in the sun year-round on an almost daily basis at high elevation, I am concerned about the greater risk of UV exposure that I have, especially when considering the effects of methylene chloride on the ozone. My wife, who is also a Sierra Club member, has vitiligo, so she must be extra cautious about exposure to UV rays.

18.　　To fully inform its chemical risk evaluation and management processes, EPA needs to look at the effects of methylene chloride on the ozone layer. As someone who loves the natural environment and spends virtually every

4

D016

day doing outdoor activities at an elevation of almost 9,000 feet, I would feel and be safer if EPA were to consider the increased risks on human health and the environment from methylene chloride's effects on the ozone layer and address those risks. This is a legal requirement that the EPA is ignoring.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on September 10, 2024, in Silverthorne, Colorado.

Frank Lilly

5