February 26, 2025

<u>**Via CM/ECF**</u>

Lyle W. Cayce, Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:    **Availability for Oral Argument, *East Fork Enterprises et al. v. U.S. Environmental Protection Agency et al.*, No. 24-60227 and 24-60256 (consolidated)**

Dear Mr. Cayce:

      We represent Petitioner Sierra Club in the above-referenced cases, which have not yet been scheduled for oral argument. We write to inform the Court that, because of preexisting travel commitments, we will not be available for oral argument from April 14-18 and April 21-23. If the Court decides to hear oral argument, we respectfully request that it not be scheduled on those dates.

                                      Respectfully submitted,

                                      */s/ Jonathan Kalmuss-Katz*
                                      Jonathan Kalmuss-Katz
                                      Lakendra S. Barajas
                                      Earthjustice
                                      48 Wall Street Floor 15
                                      New York, New York 10005
                                      T: 212-823-4989
                                      T: 212-284-8025
                                      jkalmusskatz@earthjustice.org
                                      lbarajas@earthjustice.org

      cc:     All other parties (via ECF)