

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*  *Telephone: (202) 514-3376*
*P.O. Box 7611*  *Facsimile: (202) 514-8865*
*Washington, DC  20044*

February 26, 2025

<u>By ECF</u>
Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:   *East Fork Enterprises et al. v. U.S. EPA et al.,* Civ. Nos. 24-60227 & 24-60256

Dear Mr. Cayce:

We are counsel for Respondents in the above referenced matter.  We write to advise the Court that we would be unavailable for any potential oral argument between April 14 through 18, 2025, May 21 through May 30, 2025, and June 30 through July 3, 2025.

                                Respectfully submitted,

                                <u>*/s/ Laura J. Brown*</u>
                                <u>*/s/ Samuel Stratton*</u>
                                LAURA J. BROWN
                                SAMUEL STRATTON
                                U.S. Department of Justice
                                Environmental Defense Section
                                P.O. Box 7611
                                Washington, DC 20044
                                *Counsel for the Respondent*