No. 24-60227

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

EAST FORK ENTERPRISES, INCORPORATED; EPIC PAINT COMPANY,
*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN,
ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Respondents*.

CONSOLIDATED WITH

No. 24-60256

EAST FORK ENTERPRISES, INCORPORATED; EPIC PAINT COMPANY; SIERRA CLUB;
AMERICAN CHEMISTRY COUNCIL,
*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN,
ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Respondents*.

On Petitions for Review of a Final Rule
of the Environmental Protection Agency

**UNOPPOSED MOTION FOR LEAVE TO FILE FINAL ELECTRONIC
INTERVENOR BRIEF OUT OF TIME**

Laura Ford Gooding
AMERICAN CHEMISTRY COUNCIL
700 2nd Street, NE
Washington, DC 20002

David Y. Chung
Amanda Shafer Berman
Warren Lehrenbaum
Kathy Dzienkowski
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
(202) 624-2587
dchung@crowell.com

*Counsel for American Chemistry Council*

No. 24-60256 & 24-60227

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

EAST FORK ENTERPRISES, INC., *et al.*,

*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*

*Respondents*.

On Petitions for Review of a Final Rule
of the Environmental Protection Agency

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. Proposed Intervenor-Respondent **American Chemistry Council** has no parent corporations and no publicly held corporation owns more than 10% or more of its respective stock.

2. The following persons and entities have participated in these consolidated cases:

**Petitioners:** East Fork Enterprises, Inc.; Epic Paint Company; American Chemistry Council; Sierra Club

**Counsel for Petitioners East Fork Enterprises, Inc. and Epic Paint Company:** Keith Bradley, Caffey Norman, and Allan Kacenjar, Squire Patton Boggs (US) LLP

**Counsel for Petitioner American Chemistry Council:** David Chung, Amanda Shafer Berman, and Warren Lehrenbaum, Crowell & Moring LLP

**Counsel for Petitioner Sierra Club:** Jonathan Kalmuss-Katz and Lakendra Barajas, Earthjustice

**Respondents:** U.S. Environmental Protection Agency, Michael Regan, in his capacity as Administrator, U.S. Environmental Protection Agency

**Counsel for Respondents:** Merrick Garland, Attorney General; Todd Kim, Assistant Attorney General; Laura J. Brown, Senior Attorney, U.S. Department of Justice

**Respondent-Intervenor:** American Chemistry Council. American Chemistry Council has no parent corporations and no publicly held corporation owns more than 10% or more of its respective stock.

**Counsel for Respondent-Intervenor:** David Chung, Amanda Shafer Berman, and Warren Lehrenbaum, Crowell & Moring LLP

**Amici Curiae:** National Association of Manufacturers; University of California San Francisco Program on Reproductive Health and Environment

**Counsel for Amicus Curiae National Association of Manufacturers:** Kasdin M. Mitchell, Kirkland & Ellis, L.L.P.; Elliott M. Davis, Shook, Hardy & Bacon, L.L.P.

**Counsel for Amicus Curiae University of California San Francisco Program on Reproductive Health and Environment:** Robert M. Sussman, Sussman & Associates

                                                */s/ David Y. Chung*
                                                David Y. Chung

Pursuant to Rule 26(b), Intervenor American Chemistry Council ("ACC") respectfully moves for leave to file its final electronic brief out of time. In support of this motion, Intervenor states the following:

On January 3, 2025, Intervenor filed its electronic opening brief in this case.

On February 18, 2025, the Court issued an order holding this case in abeyance.

On February 25, 2025, the Court issued an order withdrawing the case from abeyance and setting March 5, 2025 as the due date for final electronic briefs.

Due to an inadvertent oversight, Intervenor missed the deadline for final electronic briefs contained in the February 25th order, and realized the error when the Court issued an order requesting hardcopy briefs on March 24, 2025.

No delay or prejudice will occur by allowing Intervenor to file its final electronic brief out of time. The only change to Intervenor's final brief from the originally filed version is the addition of appendix citations.

Intervenor is also dispatching seven (7) copies of its final brief to the Clerk, meeting the court's deadline for hard copy briefs as set out in the March 24, 2025 order.

Undersigned counsel has conferred with the other parties regarding this motion. Counsel of record have indicated that they do not oppose this motion.

1

## **CONCLUSION**

For the foregoing reasons, ACC respectfully requests leave to file its final brief out of time.

Dated: March 26, 2025

Laura Ford Gooding
AMERICAN CHEMISTRY COUNCIL
700 2nd Street, NE
Washington, DC 20002

*Counsel for the American Chemistry Council*

Respectfully submitted,

*/s/ David Y. Chung*
David Y. Chung
Amanda Shafer Berman
Warren Lehrenbaum
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
(202) 624-2587
dchung@crowell.com

*Counsel for American Chemistry Council*

DCACTIVE-79694294.1

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned hereby certifies:

1. The foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 211 words, excluding those parts exempted by Fed. R. App. P. 27(a)(2)(B). As permitted by Federal Rule of Appellate Procedure 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

2. This motion also complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Times New Roman font.

> */s/ David Y. Chung*
> David Y. Chung

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

>  */s/ David Y. Chung*
> David Y. Chung

Dated:  March 26, 2025