# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 23, 2025

No. 24-60227    East Fork Enterprises v. EPA  
                   USDC No. EPA-HQ-OPPT-2020-0465  
                   USDC No. 89 Fed. Reg. 39,254

Dear Counsel,

The above referenced case has been scheduled for oral argument on 06/03/2025. It will be held in New Orleans - East Courtroom at 9:00. The Oral Argument session number is 47.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than May 7, 2025.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at https://www.ca5.uscourts.gov/appearanceform. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Kim Pollard at 504-310-7635.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Kim M. Pollard, Calendar Clerk
504-310-7635

cc:
    Ms. Lakendra Barajas
    Mr. Evan Noller Bianchi
    Ms. Victoria Louise Bor
    Mr. Keith Bradley
    Ms. Laura Jane Brown
    Mr. David Chung
    Mr. Elliott Marc Davis
    Ms. Kathy Dzienkowski
    Mr. Mark Stephen Grube
    Mr. Allen Anthony Kacenjar
    Mr. Jonathan Kalmuss-Katz
    Ms. Morgan Alexis Miller
    Mrs. Kasdin Miller Mitchell
    Mr. W. Caffey Norman
    Mr. Jeffrey Prieto
    Ms. Randy Sue Rabinowitz
    Mr. Samuel B. Stratton
    Mr. Robert Matthew Sussman I