# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 9, 2025
Lyle W. Cayce
Clerk

No. 24-60227

East Fork Enterprises, Incorporated; Epic Paint Company,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator, United States Environmental Protection Agency*,

*Respondents,*

consolidated with

No. 24-60256

East Fork Enterprises, Incorporated; Epic Paint Company; Sierra Club; American Chemistry Council,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator, United States Environmental Protection Agency*,

No. 24-60227
c/w No. 24-60256

*Respondents.*

_____

Petitions for Review from an Order of the
Environmental Protection Agency
Agency No. EPA-HQ-OPPT-2020-0465
Agency No. 89 Fed. Reg. 39,254

_____

ORDER:

    IT IS ORDERED that Petitioners' motion for additional argument time of 30 minutes per side is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT