No. 24-60256

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 24-60227

East Fork Enterprises, Incorporated; Epic Paint Company,

*Petitioners*

v.

United States Environmental Protection Agency; James Payne, Acting Administrator, United States Environmental Protection Agency,

*Respondents*

CONSOLIDATED WITH

No. 24-60256

East Fork Enterprises, Incorporated; Epic Paint Company; Sierra Club; American Chemistry Council,

*Petitioners*

v.

United States Environmental Protection Agency; James Payne, Acting Administrator, United States Environmental Protection Agency,

*Respondents*.

**PETITIONERS' RESPONSE TO RESPONDENTS' NOTICE**

On May 12, 2025, respondents (collectively "EPA") notified the Court that EPA is reconsidering "two statutory issues" presented in this case. Doc. 263, p.1 ("EPA Notice"). In light of that reconsideration, EPA says it is withdrawing eight pages of its answer brief. *Id.* at 1–2. Petitioners East Fork Enterprises, Inc., Epic Paint Co., and American Chemistry Council (collectively "Industry Petitioners") submit this response to inform the Court of their position in light of EPA's notice.

1. This case remains live and disputed. The rule at issue (the "Methylene Chloride Rule") continues in force, and is still harming Industry Petitioners. EPA's notice states that EPA intends to defend the Rule. *Id.* at 2.

2. EPA says it does not intend to defend the positions stated in the eight pages that it has withdrawn from its brief. *Id.* at 2. But the issues involved are also still live and disputed. EPA's choices to declare methylene chloride an unreasonable risk as a whole and to disregard the use of personal protective equipment were part of the rationale for EPA's 2022 Revised Risk Determination for methylene chloride (RE 162), which Industry Petitioners are challenging as part of the Methylene Chloride Rule on which it is based. *See* Doc. 100, pp. 3, 10, 22–29; EPA Notice ¶ 5.

3. EPA notes that it would not oppose intervention by the AFL-CIO if the Court were to reconsider its denial of that intervention. EPA Notice ¶ 8. Nobody has actually requested such reconsideration, and Industry Petitioners would oppose such reconsideration. The AFL-CIO's motion to intervene was untimely, and the

AFL-CIO did not show a sufficient interest to justify intervention in this case. *See generally* Doc. 42, pp. 5–21. These defects, as well as the other deficiencies in the AFL-CIO's attempt to intervene, remain even though EPA now takes a position on a hypothetical reconsideration.

May 21, 2025                          Respectfully submitted,

*/s/ Keith Bradley*
KEITH BRADLEY
KAYLA MARIE MENDEZ
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
keith.bradley@squirepb.com
kayla.mendez@squirepb.com

SAMUEL B. BALLINGRUD
2550 M Street, NW
Washington, DC 20037
samuel.ballingrud@squirepb.com

KATHERINE WENNER
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
katherine.wenner@squirepb.com

SQUIRE PATTON BOGGS (US) LLP

W. CAFFEY NORMAN
3135 O Street, NW
Washington, D.C. 20007
(202) 460-9495
caffeynorman@outlook.com

NORMAN LAW & POLICY PLLC

*Counsel for East Fork Enterprises, Inc. and Epic Paint Company*

DAVID CHUNG
AMANDA SHAFER BERMAN
WARREN LEHRENBAUM
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2587
dchung@crowell.com

CROWELL & MORING, L.L.P.

*Counsel for American Chemistry Council*

**CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A), excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), because this document contains 310 words, as determined by the word-count function of Microsoft Office 365.

This document further complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Times New Roman Font.

                                        */s/ Keith Bradley*
                                        KEITH BRADLEY

                                        *Counsel for East Fork Enterprises, Inc.*
                                        *and Epic Paint Company*