May 23, 2025

**Via CM/ECF**
Lyle W. Cayce, Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    Response to EPA Notice, East Fork Enterprises et al. v. U.S. Environmental Protection Agency et al., No. 24-60227

Dear Mr. Cayce:

On May 12, 2025, Respondents Environmental Protection Agency and EPA Administrator Lee Zeldin (collectively "EPA") notified the Court that they were reconsidering their position on two issues presented in this case and withdrew the portions of their brief addressing those issues. ECF No. 263.[1] On May 21, 2025, Petitioners East Fork Enterprises, Inc., Epic Paint Co., and American Chemistry Council (collectively "Industry Petitioners") submitted a response to EPA's notice. ECF No. 269. Petitioner Sierra Club submits this letter in response to those submissions.

While Sierra Club agrees that there are still disputed issues in this case, *id.* ¶ 1, there is no active dispute over the issues addressed in EPA's notice. Those issues were raised solely in Industry Petitioners' brief, and EPA has withdrawn the sole portions of its brief that respond to them. No intervenor has opposed the industry petitions for review or briefed those issues. Where, as here, the Court "lack[s] the benefit of adversarial briefing," it "generally decline[s] to consider the issue." *In re Franchise Servs. of N. Am., Inc.*, 891 F.3d 198, 210 (5th Cir. 2018); *see also Sylvia v. Wisler*, 875 F.3d 1307, 1325 (10th Cir. 2017) ("This absence of meaningful adversarial briefing . . . militates against [appellate] review.").

---

[1] These issues relate to: (1) EPA's issuance of a single unreasonable risk determination for methylene chloride as a "whole chemical" and (2) EPA's calculation of occupational exposures and risks without the use of personal protective equipment. ECF No. 263 at 1–2.

1

Respectfully submitted,

*/s/ Jonathan Kalmuss-Katz*
Jonathan Kalmuss-Katz
Lakendra S. Barajas
Earthjustice
48 Wall Street Floor 15
New York, New York 10005
T: 212-823-4989
T: 212-284-8025
jkalmusskatz@earthjustice.org
lbarajas@earthjustice.org

*Attorneys for Petitioner Sierra Club*