IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| EAST FORK ENTERPRISES, INC., *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Respondents*. | Case No. 24-60227, and consolidated cases |

## MOTION TO WITHDRAW SAMUEL B. STRATTON AS COUNSEL

Respondents United States Environmental Protection Agency and its Administrator Lee Zeldin (collectively, "EPA") respectfully move this Court for an order withdrawing the appearance of Samuel B. Stratton as Respondents' counsel in the above-captioned consolidated cases. Good cause exists as Mr. Stratton will soon leave his employment with the U.S. Department of Justice. Respondents will continue to be represented by Laura J. Brown.

Dated: August 1, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

*/s/  Samuel B. Stratton*

1

SAMUEL B. STRATTON
U.S. Department of Justice
Env't & Natural Resources Div.
P.O. Box 7611
Washington, D.C.
(202) 514-6535
samuel.stratton@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the requirements of Fed. R. App. P. 27(d) because it contains 70 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f), and is formatted in double-spaced, 14-point Times New Roman font, as required under Fed. R. App. P. 32(a).

DATE:  August 1, 2025                                  Respectfully submitted,

*/s/ Samuel B. Stratton*
Samuel B. Stratton

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, I filed the foregoing motion via the Court's CM/ECF system, which will provide electronic notice to all registered counsel.

*/s/ Samuel B. Stratton*
Samuel B. Stratton