**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| EAST FORK ENTERPRISES, INC., *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Respondents*. | Case No. 24-60227, and consolidated cases |

**<u>RESPONSE TO MOTION TO EXPEDITE ISSUANCE OF MANDATE</u>**

Respondents United States Environmental Protection Agency and its Administrator Lee Zeldin (collectively, "EPA") respectfully submit that EPA takes no position on Petitioners' Motion to Expedite Issuance of the Mandate, Doc. No 288, or the motion to expedite briefing of that motion, Doc No. 289.

Dated: September 29, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

*<u>/s/ Laura J. Brown</u>*
LAURA J. BROWN
U.S. Department of Justice
Energy & Natural Resources Div.
P.O. Box 7611

Washington, D.C.
(202) 305-5314
Laura.j.s.brown@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing complies with the requirements of Fed. R. App. P. 27(d) because it contains 44 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f), and is formatted in double-spaced, 14-point Times New Roman font, as required under Fed. R. App. P. 32(a).

DATE: September 29, 2026

Respectfully submitted,

*/s/ Laura J. Brown*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I filed the foregoing motion via the Court's CM/ECF system, which will provide electronic notice to all registered counsel.

*/s/ Laura J. Brown*