**No. 24-60227**

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

East Fork Enterprises, Incorporated; Epic Paint Company,

*Petitioners*

v.

United States Environmental Protection Agency;
Lee Zeldin, Administrator, United States Environmental Protection Agency,

*Respondents*

# WITHDRAWAL OF PETITIONERS' MOTION TO EXPEDITE BRIEFING

W. CAFFEY NORMAN
3135 O Street, NW
Washington, D.C. 20007
Tel: (202) 460-9495
caffeynorman@outlook.com

NORMAN LAW & POLICY PLLC

KEITH BRADLEY
KAYLA MARIE MENDEZ
717 17th Street, Suite 1825
Denver, CO 80202
Tel.: (303) 830-1776
Fax: (303) 894-9239
keith.bradley@squirepb.com

SAMUEL B. BALLINGRUD
2550 M Street, NW
Washington, DC 20037

SQUIRE PATTON BOGGS (US) LLP

*Counsel for East Fork Enterprises, Inc. and Epic Paint Company*

On September 22, 2026, petitioners East Fork Enterprises and Epic Paint Co. filed their Motion to Expedite Briefing on Motion to Expedite Issuance of the Mandate [ECF No. 289].

Petitioners note that briefing has now concluded on their motion for immediate issuance of the mandate, ECF No. 288. Their motion, ECF No. 289, requesting expedited briefing of the motion for immediate issuance, is therefore moot. Accordingly, petitioners hereby withdraw the motion for expedited briefing, ECF No. 288. Petitioners maintain the underlying motion seeking immediate issuance of the mandate, ECF No. 289, on which decision is needed to avoid irreparable injury.

October 1, 2026

Respectfully submitted,

*/s/ Keith Bradley*

KEITH BRADLEY
KAYLA MARIE MENDEZ
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
keith.bradley@squirepb.com

SAMUEL B. BALLINGRUD
2550 M Street, NW
Washington, DC 20037

SQUIRE PATTON BOGGS (US) LLP

W. CAFFEY NORMAN
3135 O Street, NW
Washington, D.C. 20037
(202) 460-9495
caffeynorman@outlook.com

NORMAN LAW & POLICY PLLC

*Counsel for East Fork Enterprises, Inc. and Epic Paint Company*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B), excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 100 words, as determined by the word-count function of Microsoft Office 365.

This document further complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Times New Roman Font.

*/s/ Keith Bradley*
KEITH BRADLEY
*Counsel for East Fork Enterprises, Inc. and Epic Paint Company*